UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARLA CONSULTING CORP.
et al.,

          Plaintiffs,

   -against-

SUNTRUST BANK,

          Defendant.
----------------------------------------------------------X
APPEARANCES:

MEMORANDUM AND ORDER

CV 06-3362

(Wexler, J.)

    RABINOWITZ & GALINA
    BY: GAYLE A. ROSEN, ESQ.
    94 Willis Avenue
    Mineola, NY 11501
    Attorneys for Plaintiffs

    FREEHALL HOGAN & MAHAR LLP
    BY: PATRICK J. BONNER, ESQ.
    80 Pine Street
    New York, New York 10005-1759
    Attorneys for Defendants

WEXLER, District Judge

    Defendant in this action has filed an unopposed motion to dismiss. Defendants have recently informed the court that in the event that the court grants the unopposed motion, Defendant will agree to dismissal, with prejudice, of its counterclaim.

    In light of the foregoing, the court grants the defendant's unopposed motion to dismiss and dismisses the counterclaim with prejudice.

    The Clerk of the Court is directed to terminate all motions and to close the file in this matter.

    SO ORDERED.

                                              LEONARD D. WEXLER
                                            UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
         May 16, 2007